IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK FAZIO | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AUTOMOTIVE TRAINING CENTER | : | NO  12-1779 |

<u>O R D E R</u>

**AND NOW, TO WIT:** This    5th    day of    November   , 2012, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

"The Court finds this settlement to be a fair and reasonable resolution of a bonafide dispute under the Fair Labor Standards Act."

**MICHAEL E. KUNZ**, Clerk of Court

s/Marie O'Donnell
**BY:**  _____
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO: